# Declaration Of Service

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:03CR360-2 |
|---|---|
| DEFENDANT<br>Stephanie Loren Harris | TYPE OF PROCESS<br>Application, Notice & Writ of Garnishment & Instructions |

| **SERVE** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br><br>Stephanie Loren Harris |
|---|---|
| **AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code<br><br>210 Knollwood Drive, Eden, NC 27288 |

**SPECIAL INSTRUCTIONS:**
Debtor is employed at Care-A-Lot of Eden, 540-A Riverside Drive, Eden, NC 27288 or 205 Knollwood Dr., Eden, NC 27288. Please serve debtor personally.

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below.)

Name and title of individual served (if not shown above)
Stephanie Loren Harris

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS (complete only if different from above): 540-A Riverside Dr; Eden, NC 27288

Date of Service: 6/20/11

Time: 9:45 (am)

I declare that I am not a party to the above-entitled action and I am not less than 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

I.D. # 3727

Signature: [signed]
Position: Owner
Company: Graves Investigations LLC
Address: P.O. Box 49917
Greensboro, NC 27419

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed | Amount of Refund |
|---|---|---|---|---|---|---|
| 100.00 | | | 100.00 | | | |

**REMARKS:**